1  Michelle R. Press (SBN 163637)
   Robert D. Dennison (SBN 127498)
2  Wilson Elser Moskowitz Edelman & Dicker LLP
   555 S. Flower Street - Suite 2900
3  Los Angeles, CA 90071-2407
   Telephone:  (213) 443-5100
4  Facsimile:  (213) 443-5101
   E-mail:     michelle.press@wilsonelser.com
5              robert.dennison@wilsonelser.com

6  Attorneys for Plaintiff
   CLEAR BLUE INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | CLEAR BLUE INSURANCE COMPANY, | Case No. 5:21-cv-01008-BLF |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION FOR DISMISSAL** |
| 13 | v. | **PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| 14 | CHRISTINA BANAGO, et al., | |
| 15 | Defendants. | |

16

17    Plaintiff CLEAR BLUE INSURANCE COMPANY and Defendant Rushmore Loan
18  Management Services, LLC, hereby stipulate, pursuant to rule 41(a)(1)(a)(ii), to dismiss their
19  respective claims and counterclaims against each other with prejudice, with each party to bear its
20  own fees and costs.
21    The parties request the Court's approval and execution of the proposed order for dismissal
22  filed herewith.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                          1
               STIPULATION FOR DISMISSAL
292292452v.1

| | | |
|---|---|---|
|1| Dated: January 26, 2024 | WILSON ELSER MOSKOWITZ |
|2| | EDELMAN & DICKER LLP |
|3| | By:/s/ Robert D. Dennison |
|4| | MICHELLE R. PRESS |
| | | ROBERT D. DENNISON |
| | | Attorneys for Plaintiff |
|5| | CLEAR BLUE INSURANCE COMPANY |

Dated: January 26, 2024    HOUSER LLP

By: /s/ Neil J. Cooper
   ERIC D. HOUSER
   NEIL J. COOPER
   Attorneys for Defendant/Counter-Claimant
   RUSHMORE LOAN MANAGEMENT
   SERVICES LLC

*ATTESTATION OF CONCURRENCE: I, Robert D. Dennison, attest that all those whose signatures appear on this document concur in the content of this filing and have authorized the filing.*

Dated: January 26, 2024    WILSON ELSER MOSKOWITZ
                           EDELMAN & DICKER LLP

By:/s/ Robert D. Dennison
   MICHELLE R. PRESS
   ROBERT D. DENNISON
   Attorneys for Plaintiff
   CLEAR BLUE INSURANCE COMPANY

2
STIPULATION FOR DISMISSAL

292292452v.1