Michelle R. Press (SBN 163637)
Robert D. Dennison (SBN 127498)
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101
E-mail:       michelle.press@wilsonelser.com
                 robert.dennison@wilsonelser.com

Attorneys for Plaintiff
CLEAR BLUE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR BLUE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA BANAGO, et al.,<br><br>Defendants. | Case No. 5:21-cv-01008-BLF<br><br>[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) |

Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION IS DISMISSED with prejudice, with each party to bear its own attorney's fees and costs.

DATED: _____  January 31, 2024

By: _____
BETH LABSON FREEMAN
United States District Judge